LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-09858 GAF (VBKx) | Date | January 28, 2011 |
|---|---|---|---|
| Title | Cosmetic Alchemy, LLC v. Erica Herrel et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None | | None |

**Proceedings:**     (In Chambers)

## ORDER TO SHOW CAUSE RE: DIVERSITY JURISDICTION

On May 13, 2010, Plaintiff Cosmetic Alchemy, LLC ("Plaintiff") filed suit against Defendants Erica Herrel and C Coast Labs, Inc. for breach of contract, conversion, and fraud. (Docket No. 1, Compl. ¶¶ 17-39.) Plaintiff's complaint asserts that the Court has diversity subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332. (Id. ¶¶ 5, 6.) Plaintiff, however, has failed to properly allege the citizenship of its members/owners. Plaintiff alleges that it "is a limited liability company organized and existing under the laws of the State of Arizona," and that its "principal place of business is located at 21827 N. Scottsdale Rd., Bldg H, #100, Scottsdale, AZ 85255." (Id. ¶¶ 2, 7.)

Section 1332 confers federal courts with jurisdiction over "all civil actions where the matter in controversy exceeds . . . $75,000 . . . and is between . . . [c]itizens of different States." 28 U.S.C. § 1332(a)(1). For the purposes of determining diversity of citizenship under Section 1332, "an LLC is a citizen of every state of which its owners/members are citizens." Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006). An individual's state of citizenship is determined by his or her domicile. Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001). Here, because Plaintiff has failed to allege the citizenship of its members/owners, the Court **ORDERS** it to **SHOW CAUSE**, no later than the close of business on **Monday,**

**LINK: 1**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-09858 GAF (VBKx) | Date | January 28, 2011 |
|---|---|---|---|
| Title | Cosmetic Alchemy, LLC v. Erica Herrel et al | | |

**February 14, 2011**, why this case should not be dismissed for lack of subject matter jurisdiction.

   **IT IS SO ORDERED.**